IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY FLETCHER, | ) |
| | ) |
| v. | ) Civil Action No. 04-1829 |
| | ) Judge Terrence F. McVerry/ |
| P. KANTOR, D.M.D., A Correctional | ) Magistrate Judge Amy Reynolds Hay |
| Dental Care Dentist; ROBERT M. KARK, | ) |
| A Correctional Dental Care Dentist; | ) |
| A.BALTA, O.S., Outside Dental Care Oral | ) |
| Surgeon Dentist; JOHN MCCANANY, | ) |
| RNS/Acting (CHCA), Nursing Supervisor, | ) |
| CHARLES ROSSI, Health Care Admini- | ) |
| strator; STANLEY FALOR, Medical | ) |
| Director; MORRIS HARPER, Medical | ) |
| Doctor; SHARON D'ELETTO, Grievance | ) |
| Facility Coordinator; KENNETH MILLER, | ) |
| Unit Manager; WILLIAM S. STICKMAN, | ) |
| former Acting Superintendent at S.C.I. | ) |
| Greene; and LOUIS S. FOLINO, | ) |
| Superintendent at S.C.I. Greene, | ) |
| | ) |
| Defendants. | ) |

## O R D E R

AND NOW, this 23rd day of February, 2006, after the plaintiff, Anthony Fletcher, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the complaint is dismissed for failure to prosecute;

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

BY THE COURT:

s/ Terrence F. McVerry
United States District Judge

cc:     Honorable Amy Reynolds Hay
        United States Magistrate Judge

        Anthony Fletcher
        550-653
        Philadelphia Industrial Correction Center
        8301 State Road
        Philadelphia, PA 19136

        Kemal Alexander Mericli
        Email: kmericli@attorneygeneral.gov

        Elizabeth M. Yanelli, Esq.
        Email: emy@pbandg.com